IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Civil Actions No. 02-1201, |
| | ) 03-425, 03-1380, 05-589, |
| COMMUNITY BANK OF NORTHERN | ) 05-590, 05-688, 05-1386 |
| VIRGINIA AND GUARANTY BANK | )         and 06-768 |
| SECOND MORTGAGE LITIGATION | ) |

ORDER OF COURT

AND NOW, this 29th day of August, 2007, following a status conference in the above captioned litigation, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. The parties' briefs on the issue of new notice requirement for the proposed class action settlement shall be filed on or before September 17, 2007.

2. The court will conduct a hearing on both class certification and the fairness of the proposed class action settlement on Tuesday, October 9, 2007 at 10AM in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

_____, J.

cc:  All Counsel of Record