IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
COMMUNITY BANK OF NORTHERN ) Civil Actions No. 02-1201,
VIRGINIA AND GUARANTY BANK ) 03-425, 05-688 and 05-1386
SECOND MORTGAGE LITIGATION )

## ORDER OF COURT

AND NOW, this 4th day of January, 2011, IT IS HEREBY ORDERED that a status conference in the above civil actions will be held before the undersigned on Wednesday, February 23, 2011 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, 7th Avenue and Grant Street, Pittsburgh, Pennsylvania.

BY THE COURT:

_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record