IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | COMMUNITY BANK OF NORTHERN VIRGINIA MORTGAGE LENDING PRACTICES LITIGATION | ) MDL No. 1674 ) ) This order applies to: ) ) Civil Action No. 02-1201 |

ORDER

AND NOW, this 5th day of October, 2011, following the filing of plaintiffs' Joint Amended Consolidated Complaint [Doc. No. 507 at Civil Action 03-425], and in accordance with Footnote 1 to the Memorandum and Case Management Order, dated September 20, 2011 [Doc. No. 221], IT IS HEREBY ORDERED THAT the following motions are DENIED WITHOUT PREJUDICE as moot:

1. Motion to Dismiss Third Amended Complaint by defendant Community Bank of Northern Virginia, through its successor by merger, Mercantile Safe-Deposit and Trust Company [Doc. No. 91];

2. Renewed Motion to Dismiss by defendant Irwin Union Bank and Trust Company [Doc. No. 93];

3. Objectors' Motion for Entry of Scheduling Order With Respect to Applications for Attorneys' Fees [Doc. No. 184], and;

1

4. Motion to Dismiss Plaintiffs' Claims for Lack of Jurisdiction, due to Plaintiffs' Failure to Adhere to FIRREA by defendant, The Federal Deposit Insurance Corporation, as Receiver for Irwin Union Bank and Trust Company [Doc. #197].

BY THE COURT,

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record